801 A.2d 243

IN THE MATTER OF BEVERLY G. GISCOMBE,
AN ATTORNEY AT LAW.

July 15, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 01–324, concluding that **BEVERLY G. GIS-**

**COMBE** of **EAST ORANGE,** who was admitted to the bar of this State in 1979, should be suspended from the practice of law for a period of three months for violating *RPC* 1.1(a)(gross neglect), *RPC* 1.3(lack of diligence), *RPC* 1.4(a)(failure to keep client reasonably informed), R*PC* 1.4(b)(failure to explain a matter to the extent reasonably necessary to permit the client to make informed decisions regarding the representation), *RPC* 1.6(failure to maintain confidentiality), and *RPC* 3.3(a)(1)(knowingly making a false statement of material fact or law to a tribunal), and good cause appearing;

It is ORDERED that **BEVERLY G. GISCOMBE** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective August 12, 2002; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.